UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DAVID P. FABER,

        Petitioner,                         Case No. 1:12cv537

v.                                                     Hon. Robert J. Jonker

BANK OF NEW YORK TRUST COMPANY, NA, et al.,

        Respondent.

_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on October 10, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 10, 2012, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the Motion to Dismiss (docket #12), filed by Defendant Hibbons is **DENIED**.

                                                          /s/ Robert J. Jonker
                                                          ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE

DATED:  October 31, 2012.